# United States Court of Appeals for the Federal Circuit

———————————

**US INVENTOR, INC., TINNUS ENTERPRISES, LLC, 360 HEROS, INC, RAMZI MAALOUF, LARRY GOLDEN, WORLD SOURCE ENTERPRISES, LLC, E-WATCH, INC.,**
*Plaintiffs-Appellants*

**v.**

**KATHERINE K. VIDAL, Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office,**
*Defendant-Appellee*

———————————

2021-2212

———————————

Appeal from the United States District Court for the Eastern District of Texas in No. 2:21-cv-00047-JRG, Chief Judge J. Rodney Gilstrap.

———————————

**ON MOTION**

———————————

**O R D E R**

Upon consideration of the appellants' unopposed motion to dismiss this appeal pursuant to Rule 42 of the

Federal Rules of Appellate Procedure and the parties' joint response to the court's November 8, 2022, order,

IT IS ORDERED THAT:

(1)  The motion is granted to the extent that the appeal is withdrawn.

(2)  The parties shall bear their own costs.

FOR THE COURT

November 28, 2022                    /s/ Peter R. Marksteiner
           Date                       Peter R. Marksteiner
                                      Clerk of Court


ISSUED AS A MANDATE:  November 28, 2022